In the Matter of HENRY ALBERT, Appellant, against the BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Defendant.

OSCAR D. ROSE, Respondent.

Argued September 11, 1941; decided September 11, 1941.

*Irving Lemov* and *Isidore Ginsberg* for appellant.

*George B. Rice* for respondent.

*William C. Chanler, Corporation Counsel (Robert H. Schaffer* of counsel), for Board of Elections.

Order of the Appellate Division reversed and that of the Special Term affirmed, without costs, upon the ground that the alleged irregularity upon sheet 21 did not in the circumstances destroy the entire petition as a matter of law. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.